IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br>   *Plaintiff,*<br><br>  **v.**<br><br>**DEFENDER ASSOCIATION OF PHILADELPHIA,**<br>   *Defendant.* | **CIVIL ACTION NO. 19-1803** |

## ORDER

**AND NOW**, this 3rd day of October 2019, upon consideration of the Defendant's Motion to Dismiss For Failure to State a Claim [Doc. No. 7], and the responses thereto, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion. Defendant shall answer the Complaint no later than **October 24, 2019**.

  **IT IS SO ORDERED**.

              **BY THE COURT:**

              **/s/ Cynthia M. Rufe**
              _____
              **CYNTHIA M. RUFE, J.**