**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| DEFENDER ASSOCIATION OF | : | |
| PHILADELPHIA | : | NO.  19-1803 |

## <u>ORDER</u>

**AND NOW**, this 11th day of June, 2021, upon consideration of Plaintiff's May 27, 2021

letter request for a protective order, Defendant's June 4, 2021 response thereto, Plaintiff's June 7,

2021 letter reply, and as explained in the court's Memorandum Opinion of today, it is hereby

**ORDERED** that the request is **GRANTED** in part and **DENIED** in part, as follows:

1. Defendant may depose Damon Johnson.

2. During the deposition, Defendant shall not inquire about the conciliation process.

3. During the deposition, Defendant shall not inquire as to any confidential deliberations

   of law or policy-making, reflecting opinions, recommendations or advice.

**IT IS SO ORDERED**.


                                        **BY THE COURT:**


                                          _ /s/ Carol Sandra Moore Wells_
                                        CAROL SANDRA MOORE WELLS
                                        United States Magistrate Judge