IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEFENDER ASSOCIATION OF PHILADELPHIA<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 19-1803 |

# ORDER

**AND NOW,** this 5th day of January 2023, upon review of the Defendant's Motion to Permit its Expert to Interview Megan Perez [Doc. No. 87] and Defendant's Motion for a Hearing to Determine Whether to Disqualify the EEOC as Counsel [Doc. No. 89], and the responses and replies thereto, and after oral argument in Court on November 30, 2022, it is hereby **ORDERED** as follows:

1. Defendant's Motion for a Hearing to Determine Whether to Disqualify the EEOC as Counsel is **DISMISSED AS MOOT** as to the hearing and **DENIED** as to the underlying relief sought, *i.e.*, the EEOC's disqualification as counsel.

2. Defendant's Motion to Permit its Expert to Interview Megan Perez is **DENIED without prejudice**.

3. The Clerk of Court is directed to **REMOVE** this case from Civil Suspense.

4. The following case deadlines will apply:[1]

    a. Defendant's expert reports shall be served on or before February 6, 2023.

---

[1] These case deadlines are pursuant to the parties' Stipulation and Order to Stay Post-Discovery Case Management Deadlines, as previously approved by the Court. *See* Order of Oct. 4, 2022 [Doc. No. 86].

1

  b. Plaintiff's expert reports shall be served on or before March 8, 2023.

  c. All dispositive motions shall be filed on or before April 7, 2023.

It is so **ORDERED.**

               **BY THE COURT:**

               /s/ **Cynthia M. Rufe**
               _____
               **CYNTHIA M. RUFE, J.**