IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEFENDER ASSOCIATION OF PHILADELPHIA<br><br>　　　　　Defendant. | CIVIL ACTION NO. 19-1803 |

## ORDER

**AND NOW,** this 29th day of August 2024, upon consideration of the Motions for Summary Judgment and Plaintiff's Motion to Exclude the Report and Recommendation of Irene Mendelsohn, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Exclude the Report and Recommendation of Irene Mendelson [Doc. No. 129] is **GRANTED.**

2. Defendant's Motion for Summary Judgment [Doc. No. 163] is **DENIED** in its entirety.

3. Plaintiff's Motion for Summary Judgment [Doc. No. 127] is **GRANTED in part and DENIED in part** as follows:

    a. Plaintiff's Motion for Summary Judgment as to the ADA Claim for Failure to Accommodate and Wrongful Termination is **DENIED.**

    b. Plaintiff's Motion for Summary Judgment as to Defendant's First Affirmative Defense is **GRANTED.**

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**